# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**SKYE STORAGE LLC**                          **PLAINTIFF**

**v.**                          **CAUSE NO. 1:24-cv-6-LG-RPM**

**CERTAIN UNDERWRITERS AT
LLOYD'S LONDON, HDI**                          **DEFENDANTS**
**GLOBAL SPECIALTY SE,
EVANSTON INSURANCE
COMPANY, AND JOHN AND
JANE DOE DEFENDANTS 1-5**

## AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE

The parties have agreed to and announced to the Court a confidential settlement of this case, and, the Court, being advised that the parties have an informed understanding of their rights and a full appreciation of the consequences of the confidential settlement, desires that this matter be finally closed on the docket.

**IT IS THEREFORE ORDERED AND ADJUDGED** that this case is hereby **DISMISSED WITH PREJUDICE** as to all parties and all claims, with the parties to bear their own costs. The Court retains jurisdiction to enforce the settlement, if necessary, pursuant to the agreement and stipulation of all parties.

**SO ORDERED AND ADJUDGED** this the 18th day of March, 2024.

s/ *Louis Guirola, Jr.*
Louis Guirola, Jr.
United States District Judge

APPROVED AS TO FORM AND CONTENT:

/s/ *Scott Ellzey*

Scott Ellzey MS Bar 10435
John P. McMackin MS Bar 105967
2602 13th Street, Suite 300
Gulfport, Mississippi 39501
Telephone: 228 679 1130
Facsimile: 228 679 1131
Email: scott.ellzey@phelps.com
Email: john.mcmackin@phelps.com

Attorneys for Defendants
Certain Underwriters at Lloyd's London,
HDI Global Specialty SE,
and Evanston Insurance Company


/s/ *William Symmes*

William Symmes MS Bar
1806 23rd Avenue, Suite A
Gulfport, MS 39501
Telephone: 228-896-8962
Facsimile: 228-205-4457
Email: wsymmes@symmesestes.com

Attorney for Skye Storage LLC
ATTORNEY FOR PLAINTIFF

2